**Electronically Filed
Supreme Court
SCWC-29530
26-APR-2011
11:18 AM**

NO. SCWC-29530

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

PAUL A. KECK, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29530; CR. NO. 04-1-0871)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Paul A. Keck's

application for writ of certiorari filed on March 14, 2011, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 26, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice

Earle A. Partington for
petitioner/defendant-
appellant on the
application.

_____

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.